ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Hector O. Villagra (Cal. Bar No. 177586)
E-Mail: hvillagra@aclu-sc.org
2140 W. Chapman
Orange, CA 92868
Telephone:   (714) 450-3962
Facsimile:    (714) 450-3969

LAW OFFICES OF OWAIS QAZI
Owais Qazi
E-Mail: kazi19@hotmail.com
Ellen Radovic (Cal. Bar No. 248629)
E-Mail: radovice@yahoo.com
1785 Pomona Road, Suite A
Corona, CA 92880
Telephone:   (951) 273-0956
Facsimile:    (951) 537-6570

ROSS, DIXON & BELL, LLP
Jennifer Mathis (Cal. Bar No. 187275)
E-Mail: jmathis@rdblaw.com
Becki F. Kieffer
E-Mail: bkieffer@rdblaw.com
5 Park Plaza, Suite 1200
Irvine, CA  92614-8592
Telephone:   (949) 622-2700
Facsimile:    (949) 622-2739

Attorneys for Plaintiff
Souhair Khatib

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Souhair Khatib,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, a political subdivision; ORANGE COUNTY SHERIFF'S DEPARTMENT; MICHAEL CARONA, an individual; BRIAN COSSAIRT, an individual; and DOES 1 through 10,<br><br>            Defendants. | Case No.  SACV07-1012 DOC (MLGx)<br><br>**ORDER**<br><br>Hon. David O. Carter |

[PROPOSED] ORDER

1    IT IS HEREBY ORDERED that this action be dismissed with prejudice.
2  Each party is to bear its/his/her own fees and costs incurred as of the date of the
3  signing of the Stipulation filed concurrently herewith.

6  IT IS SO ORDERED.

7  Dated: July 28, 2008

_David O. Carter_
Judge David O. Carter